*237
 
 Hall, Judge.
 

 The Plaintiffs’ title I think is satisfactorily made oat from the first grantee. No objection is made to it before the deed from Chandler to them, at which timo 'Í is alle-cd Wclbarn bad an adverse/ possession, and on that account that deed conveyed no title.
 

 ft appears that Wdbowi had possession of tbo house at the time the deed was executed to Gwyji and Wangli, but it also appears that Gwyn and Wargh were upon the tarn! at tin* same time, and they sere, all upon it by the consent of Chandler, and while in tins situation the deed was executed to the Plaintiffs
 
 ;
 
 they then had title to the land, and having'title, the Law adjudges their possession the rightful one. For this reason, J .think the rule for a new trial should be made absolute. With respect to Chandler's deposition, 1 see no reason why it should not have been read, it was offered by the Defendants j if Chandler had warranted the land to the Plaintiffs, and it proved any' thing in favor of tin; Defendants, be would, have been giving evide nce against his own interest. The maxim,
 
 nemo audietulus esl mam íitrjrihulinem
 
 allegare, does not apply (at least) to unnegotiable instruments.
 

 Tayuoi?, Chief-Justice, and íIkivü'bksoy, Judge, concurred.